UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC, | Case No.: 10-CV-00168-LHK |
| Plaintiff, | ORDER DENYING REQUEST TO VACATE CASE DEADLINES |
| v. | |
| DUY TRONG NGUYEN, et al., | |
| Defendants. | |

On January 14, 2010, the Plaintiff in this matter filed a "Request for Judicial Notice of Settlement." The Plaintiff states that the parties have settled all claims in this action and states that a Stipulation of Dismissal will be filed with the Court "*promptly*." In addition, the Plaintiff requests that "all presently calendared deadlines and appearances, now be vacated."

The Court declines to vacate the existing case schedule. The existing deadlines, including the discovery cutoff of January 28, 2011, the dispositive motion filing deadline of February 10, 2011, the pretrial conference set for April 6, 2011 at 2 p.m., and the trial date set for April 18, 2011 at 9 a.m., remain as set. Should the parties file a stipulation dismissing the case, all case deadlines will be vacated.

1

Case No.: 10-CV-00168-LHK
ORDER DENYING REQUEST TO VACATE DEADLINES

**IT IS SO ORDERED.**

Dated: January 18, 2011

_____
LUCY H. KOH
United States District Judge
Case 5:10-cv-00168-LHK   Document 29   Filed 01/18/11   Page 2 of 2

United States District Court
For the Northern District of California