UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC, | ) | Case No.: 5:10-CV-00168-LHK |
| Plaintiff, | ) | |
| v. | ) | ORDER DISMISSING CASE WITH PREJUDICE |
| DUY TRONG NGUYEN, et al., | ) | |
| Defendants. | ) | |

The parties have filed a stipulation dismissing the claims asserted in the above-captioned action, and have represented to the Court that they have settled all claims. *See* Dkt. Nos. 28, 30. In light of these representations and stipulation, the Court dismisses the case with prejudice. The Court retains jurisdiction up to and including November 24, 2011 in the event there is a motion from either party to enforce the settlement agreement. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 1, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 5:10-CV-00168-LHK
ORDER DISMISSING CASE WITH PREJUDICE