United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC, | Case No.: 5:10-CV-00168-LHK |
| Plaintiff, | |
| v. | ORDER REQUESTING CLARIFICATION |
| DUY TRONG NGUYEN, et al., | |
| Defendants. | |

On February 1, 2011, this Court granted the parties' stipulation dismissing the claims asserted in the above-captioned action, pursuant to a settlement of the parties. ECF No. 31. The case was dismissed with prejudice, and the file was closed, although the Court retained jurisdiction to and including November 24, 2011 in the event that there was a motion from either party to enforce the settlement agreement. *Id.*

On April 19, 2013, the parties filed another stipulation of dismissal without prejudice, which would be deemed to be with prejudice if no Party filed a motion to reopen the action by August 1, 2014. ECF No. 32. The stipulation is signed by Thomas Riley, representing Plaintiff, and Nicholas Roscha of Roscha & Odne, LLP, purportedly representing Defendants. *Id.* Neither Nicholas Roscha nor any other attorney from Roscha & Odne, LLP has entered an appearance in this closed case.

The parties are hereby ordered to file a clarification of the significance of the April 19, 2013 stipulation.

Case No.: 5:10-CV-00168-LHK
ORDER REQUESTING CLARIFICATION

**IT IS SO ORDERED.**

Dated: April 22, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge